JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HUMBERTO REYNAGA individually and on behalf of other similarly situated employees,

Plaintiff,

vs.

ANHEUSER-BUSCH, LLC; and DOES 1 through 25, inclusive,

Defendant.

Case No. 2:25-cv-12161-SVW-DSR

**[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE AND REMAND TO STATE COURT**

Complaint Filed: October 30, 2025 (Removed from Los Angeles Superior Court, Case No. 25STCV31896)

[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE AND REMAND TO STATE COURT

# [PROPOSED] ORDER

The Court, having reviewed and considered the Joint Stipulation of the Parties to remand the action to the Superior Court of California for the County of Los Angeles, and good cause appearing, **ORDERS** as follows:

1. The Parties stipulation is **GRANTED**.

2. The Class Claims alleged in Plaintiff Humberto Reynaga's operative complaint shall be dismissed without prejudice;

3. Central District of California Case Number 2:25-cv-12161-SVW-DSR, styled *Humberto Reynaga v. Anheuser-Busch, LLC* is **REMANDED** to the Superior Court of California for the County of Los Angeles.

4. This order closes the case.

**IT IS SO ORDERED.**

Dated: May 8, 2026

_____

Hon. Stephen V. Wilson
United States District Judge

11

[PROPOSED] ORDER RE: JOINT STIPULATION TO DISMISS CLASS CLAIMS WITHOUT PREJUDICE AND REMAND TO STATE COURT